FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 6 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# United States District Court
## Eastern District of Washington

Benjamin Eric Stutzke

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Spokane County

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Case No. 2:24-cv-00242-SAB

(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☐ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

## I.     PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:     Stutzke Benjamin, E.
               Name (Last, First, MI)

               P.o. Box 1168
               Street Address

               Spokane              WA              99210
               County, City         State           Zip Code

               (509)-414-3609
               Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:     Spokane County
                 Name (Last, First)

                 1116 W. Broadway
                 Street Address

                 Spokane              WA              99201
                 County, City         State           Zip Code

Defendant 2:     _____
                 Name (Last, First)

                 _____
                 Street Address

                 _____
                 County, City         State           Zip Code

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City        State        Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City        State        Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_U.S. Const. Amend. 6_ _____

_____

_____

_____

## III.    VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The United States District court is the proper venue for a court to decide constitutional matters such as this one.

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence: Spokane County Superior Court, Spokane Public Sfl. Bldg.

Date(s) of occurrence: 8/16/2013 until present.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS: After a lengthy pretrial delay, I was sentenced on 8/18/16, Spokane County is refusing to follow their own sentencing requirements for me, which is hindering justice, causing time loss, adverse circumstances, physical injury, etc.
The Spokane County Sheriff has refused to register me four out of 5 business days, week after week with no new charges for myself, someone they are

| What happened to you? |
| --- |

Saying is a transient sex offender required to register every 72 hours.

Was anyone else involved?

Who did
what?

## V.     INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Time loss, adverse and costly car repair senarios with drugs planted by the Washington state Department of Corrections multiple complex maleleovlar fib/tib fracture requiring eight screws and mounting hardware, lack of mobility.

## VI.     RELIEF

The relief I want the court to order is:

☑     Money damages in the amount of: $4.88 Billion

☐     Other (explain):

## VII.   CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

July 16, 2024
Dated

Plaintiff's Signature

Stutzke, Benjamin, E.
Printed Name (Last, First, MI)

P.O. Box 1186                Spokane              WA         99201
Address                          City                    State      Zip Code

509-414-3609
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*