FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BENJAMIN ERIC STUTZKE,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY,<br><br>    Defendant. | No. 2:24-CV-00242-SAB<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

On August 26, 2024, Magistrate Judge Goeke entered a Report and Recommendation to deny Plaintiff's Application to Proceed *In forma Pauperis*, ECF No. 7. No objections to the Report and Recommendation have been filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **adopts** the Report and Recommendation, ECF No. 7, in its entirety.

//
//
//
//
//
//

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** ~ 1

2. Plaintiff's Application to Proceed In Forma Pauperis, ECF No. 5, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to Plaintiff and Magistrate Judge Goeke.

**DATED** this 16th day of September 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** ~ 2