FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BENJAMIN ERIC STUTZKE,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY,<br><br>    Defendant. | No. 4:24-CV-000242-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

On March 5, 2025, the Court ordered Plaintiff to show cause as to why the above-captioned action should not be dismissed for failure to prosecute. Nothing further has been filed in this matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned action is **dismissed** without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 14th day of April 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1